# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL HOWARD,<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)         1:20-mj-0578<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 21 - July 14, 2020__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 18 U.S.C. § 2252(a)(2) | Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct |
| Count 2: 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) | Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

s/Laura Smith
*Complainant's signature*

Laura Smith, TFO USSS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __telephone__ *(reliable electronic means)*

Date: __7/15/2020__

City and state: __Indianapolis, IN__

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Laura Smith, being duly sworn, hereby depose and state as follows:

1. **Affiant**: I am a Detective in the Cybercrime Unit of the Indianapolis Metropolitan Police Department (IMPD). I am also a cross-designated Task Force Officer with the United States Secret Service.

2. **Experience**: I have over 22 years of law enforcement experience. I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have written numerous search warrants involving internet crimes against children cases and participated in their execution.

3. **Training**: I have attended and presented at the National Crimes Against Children Conference and attended numerous classes related to investigating the online sexual exploitation of children. I am a member of the Indiana Internet Crimes Against Children (ICAC) Task Force, which includes federal, state, and local law enforcement agencies. I am currently assigned to operate in an undercover capacity on the internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography. As a Task Force Officer , I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4. **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to the investigators concerning this investigation. I have set forth only the facts that

I believe are necessary to establish probable cause that **DANIEL HOWARD (HOWARD)** committed a criminal offense.

5.  **Probable Cause:** For the reasons listed below, there is probable cause to believe that **DANIEL HOWARD** (HOWARD), DOB xx-xx-1982 (known to affiant, but redacted) has committed the following offense in the Southern District of Indiana and elsewhere: **Count 1 – Receipt of Child Pornography** and **Count II – Possession of Child Pornography.**

## STATUTORY AUTHORITY

6.  **Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2):** This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(2), which prohibits a person from knowingly receiving any visual depiction of a minor engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce.

7.  **Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct, 18 U.S.C. §§ 2252(a)(4(B) and (b)(2):** This investigation concerns alleged violations of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), which prohibit a person from knowingly possessing, or knowingly accessing with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit

conduct; and such visual depiction is of such conduct.  There are increased penalties if at least one of the visual depictions involves a minor who is less than 12 or who is prepubescent.

## DEFINITIONS

8.  **Definitions**:  The following definitions apply to this Affidavit:

   A.   The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

   B.   The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

   C.   The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

9.  **Dropbox:** Dropbox is a file hosting service operated by American company Dropbox, Inc., headquartered in San Francisco, California, that offers cloud storage, file synchronization, personal cloud, and client software. Dropbox allows users to create a special folder on their computers, which Dropbox then synchronizes so that it appears to be the same folder (with the same contents) regardless of which device is used to view it. Files placed in this folder are also accessible via the Dropbox website and mobile apps. Dropbox uses a freemium

business model, wherein users are offered a free account with a set storage size and paid subscriptions for accounts with more capacity.

10. **Google** is an American multinational technology company that specializes in Internet-related services and products, which include online advertising technologies, search engine, cloud computing, software, and hardware. Files associated with Google may be in email (Gmail), Google Photos, and other services provided by Google, Inc.

11. **Mega, Limited** is New Zealand based user encrypted cloud service provider. Specifically, MEGA provides secure cloud storage and communication platform with user-controlled end-to-end encryption. End-to-end encryption means that no intermediary - not even MEGA - has access to the user's encryption keys and therefore the stored data. However, users have the option to share data (individual files or entire folders), plus the associated encryption keys, with others. Access to MEGA is primarily through web-based apps. MEGA mobile apps are also available for Windows Phone, Android and iOS.

    A. MEGA provides new (basic) users with a complimentary 50 gigabytes of free cloud storage for the first month. After which time, the storage capacity shrinks to 15 gigabytes. A basic user can activate additional storage allowances through various "achievements", but these earned storage allowances also expire. The completion of achievements include: installing the desktop client and the mobile app – allowing extra storage for 180 days; inviting friends to create a MEGA account – provides user with additional storage for a year. The maximum permanent storage for a basic user is 50 gigabytes.

      B.     MEGA's free service provides 10 gigabyte bandwidth, which refills every thirty (30) minutes. This bandwidth restriction means a user can upload/download to/from the user's account to an extent which is not more than 10 gigabytes.

      C.     MEGA offers four (4) premium plans to paid users.

      D.     MEGA offers instant downloads at the same speeds to all users, whether they are a premium user or not. MEGA only restricts downloads when the user has reached a certain bandwidth limit each month.

      E.     MEGA users can share a folder or individual files from their MEGA account by generating a Public URL. This Public URL (or MEGA link) is a direct link to a MEGA user's file(s) or folder(s). The MEGA user can then share this MEGA link via email or SMS. Anyone with the MEGA link, including persons whom do not have a MEGA account, has the ability to download the shared content without the need for the user's username and password.

      F.     There are pros and cons to generating and sharing MEGA links. While MEGA offers very flexible sharing, is easy to use, and anyone can access the content of the shared link, once the MEGA link has been shared, anyone who has the link can download the user's files and/or folders.

      G.     MEGA also offers a user the ability to communicate with other MEGA users via chat, voice, and video – called MEGAchat. This communication is encrypted end-to-end and cannot be intercepted by MEGA. MEGA users can also create and manage a list of contacts within the application.

## FACTUAL BASIS

12. **Investigation of DANIEL HOWARD:** This Affiant received CyberTipline Report 64739923 from the National Center for Missing and Exploited Children (NCMEC). NCMEC alerts law enforcement to reports of sexual exploitation of children on the Internet. NCMEC was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide to families and professionals relating to preventing the abduction and sexual exploitation of children. Pursuant to its mission and congressional authorization (see 42 U.S.C.§ 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to provide assistance to law enforcement in its efforts to identify victims of child pornography and child sexual exploitation. NCMEC also works with law enforcement, Electronic Service Providers, electronic payment service providers and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the Internet. NCMEC does not investigate and cannot verify the accuracy of information it receives. NCMEC forwards reports of possible child sexual exploitation to law enforcement for its independent review and analysis. I have investigated numerous CyberTips from NCMEC.

13. I learned the following information by reviewing the CyberTipline Report:

   A. Dropbox reported the upload of 31 files / images associated with Screen/Username: Ben Watson, with a verified email address of makemoney1824@gmail.com.

   B. The CyberTip provided the following information for the User or Person Being Reported:

   i. UserName: Ben Watson,

   ii. Verified Email: makemoney1824@gmail.com,

      iii.      ESP User ID: 714447654.

C.      The CyberTip (64739923) report was dated February 21, 2020. Dropbox also provided the associated IP address for the account, which was owned by Comcast.

D.      This Affiant reviewed the uploaded files provided by Dropbox to NCMEC. Below are descriptions of five (5) of the uploaded files provided in the CyberTip:

      i.      **Jada-Age 8 - Set 14 - Whoop Cream_04.JPG**--This image depicts a prepubescent female lying back on a couch with her genitals exposed. The female appears to be between 8 and 10 years of age based on her body size, face, and lack of pubic hair.

      ii.      **[PTHC] Pae Anal.mp4**—This video depicts an adult female engaged in sexually explicit conduct with a prepubescent minor female. As the video continues, the adult female places her mouth on the child's genitals/anus and penetrates her genitals and anus with the adult's fingers. The female child appears to be between 4 and 6 years of age based on her body size, face, lack of pubic hair, and lack of breast development.

      iii.      **IMG-20170806_162310.jpg**--This image depicts a naked prepubescent minor male with his genitals exposed. The minor male appears to be between 6 and 8 years of age based on his body size, face, and lack of pubic hair.

      iv.      **kkk(7).jpg**--This image depicts an adult female engaged in sexually explicit conduct with a prepubescent minor female. The minor female appears to be between 2 and 4 years of age based on her body size and lack of pubic hair.

    v.  **BandPhoto_2017_08_11_23_24_54.jpg**--This image depicts an adult male with his hands on the thighs of a prepubescent minor female who is naked with her genitals exposed. The minor female appears to be between 2 and 4 years of age based on her body size and lack of pubic hair.

14. On June 8, 2020, I requested a Marion County Grand Jury subpoena to Comcast for the IP subscriber and related information. Comcast returned a response indicating that the subscriber was XXXX Howard (redacted female relative) of 6725 Churchman Avenue, Indianapolis, Indiana 46237 with a phone number 317-625-XXXX (redacted). A query through the Marion County Assessor's office revealed the owner of the residence at 6725 Churchman Avenue to be Dan Howard with the same address since 2011.

15. I requested and was granted a search warrant for the Dropbox account and Google account associated with makemoney1824@gmail.com under cause #49G05-2006-MC-018810 in the Marion County (IN) Superior Court.

16. <u>Query into Dan Howard:</u> I conducted queries through the Indiana Bureau of Motor Vehicles (BMV) of both XXXX Howard (redacted female relative) and Dan Howard and located Daniel Howard with a date of birth XX-XX-1982 (redacted) with the same address provided as 6725 Churchman Avenue, Indianapolis, Indiana 46237.

17. <u>Dropbox Response</u>: On June 29, 2020, I received the response from Dropbox, Inc. Dropbox provided the subscriber as "Ben Watson" with email: makemoney1824@gmail.com . The contents of the account to include a folder titled, "yep" with three sub-folders. Those folders were titled, "╪º╪|┘ è┘ ê┘ è", "August 2017", and "own colection".

  A.  The folder "╪º╪|┘ è┘ ê┘ è" contained 127 videos of child sexual abuse material. I recognized the videos to contain a set of child sexual abuse material known as

8

"Gracel". These videos all contain prepubescent minor females who are engaged in sexually explicit conduct with adult males, with their genitals exposed, and in some of the videos, tied with bondage style ropes around their ankles. Based upon their faces, body size, lack of breast development, and lack of pubic hair, the minor females in the videos appear to be between 4 and 8 years of age.

      B.      The folder "August 2017" contained 375 images and videos of child sexual abuse material. The contents included images of naked prepubescent minor females and naked prepubescent minor males with their genitals exposed. It further contained videos of minors engaged in sexually explicit conduct with adults.

      C.      The folder "own colection" contained 71 images and videos of child sexual abuse material. The contents included videos and images of prepubescent minor females and minor females with their breasts and genitals exposed. It also contained videos of minor females engaged in sexually explicit conduct with adults.

18.    <u>Google Response:</u> On July 2, 2020, I received the response from Google, Inc. regarding account makemoney1824@gmail.com. The subscriber information provided the name on the account as "Ben Carlisle" with a recovery SMS given as "317-402-XXXX" (redacted). The last login to the account was shown to be June 3, 2020 via IP 99.203.32.243, with Sprint Nashville as the source. The last device type was provided as an Apple iPhone as of 6-27-2020 at 17:53:53 UTC.

      A.      In reviewing the Google account, I saw several emails that provided attribution evidence as to the true identity of the account owner:

    i.       On September 15, 2016, makemoney1824@gmail.com received an email from updemail@atg.in.gov regarding a visit to IndianaUnclaimed.gov. A claim was submitted with the name Howard Dan.

    ii.      On September 18, 2016, makemoney1824@gmail.com had a username listed as Dan Howard. This email was received from InboxDollars regarding a NetSpend account.

    iii.     On September 19, 2016, makemoney1824@gmail.com received an email welcoming him to Google with the subject, "Dan, welcome to your new Google Account".

    iv.     In 2016, there were emails sent from Uber (establishing an account to become a driver) with the name listed as "Daniel Howard, and in March of 2018, PayPal sent an email to Dan Howard (makemoney1824@gmail.com) regarding an update to his account.

    v.      Between 2017 and 2020, makemoney1824@gmail.com sent numerous photos of himself in emails or in responses to ads that are visually similar to a BMV image to Daniel Howard that this Affiant has viewed.

B.     The Google account indicated that makemoney1824@gmail.com also has multiple other online accounts that include Dropbox, Mega, Box, Twitter, Snapchat (username: ben_xxxx2020), Discord (username: hrdckxxxxx), Kik (username: dhwdxxxxx), and Alt.com (hrdckxxxxx)(all redacted but known to Affiant).

19.    In researching IMPD records, I located a report from April of 2016 at the address of 6725 Churchman Avenue. The report involved Daniel Howard with a witness identified as XXXX (redacted female relative). A search of Indiana BMV revealed XXXX (redacted female

relative) with a current driver's license (suspended-infraction) with the address of 6725 Churchman Avenue, Indianapolis, Indiana 46237.

20. On July 6, 2020, I went by the address of 6725 Churchman Avenue. There were two vehicles in the driveway, a blue 2012 Ford with Indiana License plate 307RLD, and a 2008 black GMC with Indiana License plate 809SA. Both vehicles are registered to Daniel Howard at that address.

21. Workforce development records for Daniel Howard revealed that he was employed by the City of Indianapolis as of January 2020. On July 13, 2020 Detective Cress went by the address and noticed a city of Indianapolis owned vehicle parked in the driveway at 6725 Churchman Avenue.

22. **Search Warrant:** On July 14, 2020 I requested a search warrant for the premises at 6725 Churchman Avenue, the person of Daniel Howard, his registered vehicle, and the Indianapolis city-owned vehicle. The search warrant was granted in the Marion County (Indiana) Superior Court.

23. **Execution of Search Warrant:** This Affiant, along with other members of the Internet Crimes Against Children Task Force executed the search warrant on July 14, 2020. Daniel Howard (Howard) was located in the house. Howard was detained for interview.

24. **Interview of Daniel Howard:** Daniel Howard (Howard) was read the *Miranda* Advice of Rights document. He agreed to be interviewed. The interview was video and audio recorded. Howard provided the following information:

   A. Howard had two email accounts: daniel.howard1824@gmail.com and dan.notdab@gmail.com. I asked Mr. Howard if he had any other Google accounts and he said he did not. Howard provided his cellular phone number 317-771-XXXX (redacted)

11

as an iPhone device which is serviced by Sprint. Howard refused to provide the passcode to his phone.

B.  His home Internet service is provided through Comcast.

C.  Howard later admitted that he also had an email account identified as makemoney1824@gmail.com. Howard explained that he used this email for dating sites outside of his relationship.

D.  Howard was confronted with the Craigslist Ads contained with the email and he identified himself in images which I had printed, which images were contained in the search warrant.

E.  While discussing Dropbox, Howard admitted that he received hyperlinks, which directed him to locations online that contained child sex abuse material from other individuals whom he met on the internet. He downloaded the child sex abuse files in the hyperlinks. He said that he no longer has Dropbox but admitted accessing his Dropbox account in January and February of 2020 before Dropbox deactivated the account. The Affiant knows the only files in the Dropbox account are images and videos of child sex abuse material.

F.  Howard said that the hyperlinks he received would show what application needed to be used to download the files. He admitted that he also had an application called "MEGA," but said that he deleted it. Howard explained that he was interested in obtaining sexually explicit files from others, but later admitted that he had a "curiosity" for child sexual abuse material.

G.  Through the MEGA application, Howard admitted that he received files of child sexual abuse material. Through this communication, he received the hyperlinks to

images and videos which he downloaded. He explained that he would download the files, and the files of child sexual abuse material would go to his MEGA application on his cell phone.

  H. Howard admitted that he had been communicating online with others to obtain the hyperlinks, but he said that did not send hyperlinks to any of the files which he possessed. He denied being sexually attracted to children or masturbating to the videos and images of child sex abuse material.

25. **Forensic Examination of Devices:** Examination of Howard's cell phone is on-going. Among other items, IMPD Detective Mark Barnett (Barnett) made the following findings:

  A. One (1) video of child sexual abuse material on Howard's phone in his gallery (DCIM). Filename **IMG_6162.mp4** is a 1:31 long video, which is described as a compilation video of child sexual abuse material which includes many toddler and infant age children engaged in sexually explicit conduct with adults.

  B. Application history and search history on Howard's cellular phone revealed that he had the MEGA application, deleted it, reinstalled, and deleted it again. One email from MEGA notified Howard that his account had 50.9 GB, which was over the capacity of 15 GB.

  C. Barnett observed deleted search and web history on Howard's phone which included the following:

    **i.** Three (3) searches for "Daisy's Destruction." This video is known to this Affiant as a multi-part film that depicts the actual rape and torture of an 18-month old child.

      ii.      A search of www.sextingforum.net with the topic "trade-mega-links-or-if-you-have-younger-with-you-send-to-receive,"

      iii.     A search of www.sextingforum.net with the topic "bug-dropbox-and-mega-link-trades,"

      iv.     A search to Google for "mega+young+links," and

      v.      Web history for Mega.nz/XXXXX (file redacted).

26. Based on the evidence provided in the CyberTipline Report, the Dropbox Search Warrant Return, the Google Return, a preliminary search of the Defendant's cell phone, and the Defendant's admissions, this Affiant can draw the following conclusions:

    A.    Daniel Howard did receive visual depictions of minors engaged in sexually explicit conduct using the Internet, a means and facility of interstate and foreign commerce.

    B.    Daniel Howard did possess these visual depictions across a variety of storage media, including online storage.

    C.    Daniel Howard did communicate with others about his sexual interest in children in order to obtain additional child sexual abuse material.

27. Howard's residence is located in the Southern District of Indiana and Howard received and possessed child pornography in the Southern District of Indiana. Dropbox and MEGA, the online-storage (and messaging) used by Howard to receive and possess child pornography, were accessed via the Internet. The Internet is a means and facility of interstate and foreign commerce, and Howard's offenses were in and affecting interstate and foreign commerce.

28.    **Conclusion:** Based upon the contents of this Affidavit, there is probable cause to believe that **DANIEL HOWARD** has committed the above-listed offenses. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **DANIEL HOWARD** charging him with the offenses listed above.

                                        s/Laura Smith
                                        Task Force Officer Laura Smith
                                        United States Secret Service

Attested to by the applicant in accordance with the requirements of Fed. Crim. P. 4.1 by telephone

Date: 7/15/2020

                                        Debra McVicker Lynch
                                        United States Magistrate Judge
                                        Southern District of Indiana