UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:20-mj-0578 |
| | ) |
| DANIEL HOWARD, | ) |
| Defendant. | ) |

**PENALTY SHEET**

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Receipt of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct 18 U.S.C. § 2252(a)(2) | 5-20 years | $250,000 | 5 years - Life |
| 2 | Possession of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) | 0-20 years | $250,000 | 5 years - Life |

Dated:  

DANIEL HOWARD
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

United States Magistrate Judge
Southern District of Indiana